# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY STATE PRISON,<br><br>　　　　Defendant. | Case No.: 1:20-cv-00005-NONE-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUESTS TO REDACT CONFIDENTIAL INFORMATION AND DIRECTING CLERK OF COURT TO REDACT SUCH INFORMATION<br><br>[ECF Nos. 13, 14, 16] |

Plaintiff Paul Nivard Beaton is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 20, 2020, Plaintiff filed a motion to redact his social security number identified in his objections filed on February 19, 2020. (ECF Nos. 13, 14.) On February 26, 2020, Plaintiff filed a motion for the return of the documentation because it contains confidential information. (ECF No. 16.) Plaintiff contends the confidential information was inadvertently submitted by the law librarian.

Pursuant to Local Rule 140(a), the Court may order that social security numbers may be redacted from court filings to protect the confidential nature of such information. Local Rule 140(a)(iii).

Because the documents containing Plaintiff's social security number have been filed, the Court will direct the Clerk of Court to redact Plaintiff's social security as reflected on two pages of the filing to protect the confidential nature of the information. (ECF No. 13, at pp. 16-17.)

1

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to redact the confidential information is granted;
2. The Clerk of Court shall redact Plaintiff's social security number as reflected on Plaintiff's Objections, Document Number 13, at pages 16 and 17; and
3. The personal information will no longer be reflected on the copy of the filing maintained in the electronic case file.

IT IS SO ORDERED.

Dated: **February 28, 2020**

UNITED STATES MAGISTRATE JUDGE