UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>           Plaintiff,<br><br>   v.<br><br>SERGEANT D. MILLER, et al.,<br><br>           Defendants. | **CASE NO. 1:20-cv-0005 NONE JLT (PC)**<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COPIES**<br><br>**(Doc. 19)** |

Plaintiff has filed a motion for copies, but he does not specify what materials he needs copied or why he is unable to obtain the copies on his own. (Doc. 19.) Because of the vague nature of this request, the Court **DENIES** plaintiff's motion.

IT IS SO ORDERED.

Dated:   **September 30, 2020**          **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE