UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>    Plaintiff,<br><br>    v.<br><br>J. VALENZUELA-QUEZADA,<br><br>    Defendant. | Case No. 1:20-cv-00005-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR UNSPECIFIED RELIEF AND GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Docs. 50, 51) |

On March 12, 2021, Plaintiff filed a pleading that is styled as a motion under Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7.1. (Doc. 50.) Plaintiff appears to object to this Court's standard Discovery and Scheduling Order. (*Id.*; *see also* Doc. 48.) Contrary to the Plaintiff's reading, the order does not compel the parties to file an exhaustion motion or to amend pleadings; instead, the order establishes deadlines for filing of motions and completing discovery. Plaintiff asserts that he has exhausted his administrative remedies, and he argues the merits of his grievance against Defendant Valenzuela-Quezada. However, Plaintiff's pleading does not seek any specific relief, and therefore, Plaintiff's "motion" is **DENIED**.

Defendants seek to modify the Discovery and Scheduling Order to extend the deadline for filing an exhaustion motion, the discovery deadline, and dispositive motion deadline by ninety days. (Doc. 51.) The current deadlines are May 23, July 23, and September 24, 2021, respectively. (Doc. 48.) Upon review of Defendant's motion and counsel's declaration, the Court

finds good cause to grant the request. Accordingly, the Court **GRANTS** Defendants' motion and sets the following new deadlines:

1. The deadline for filing an exhaustion motion is extended to **August 23, 2021**;
2. The deadline to complete discovery, including filing motions to compel, is **October 21, 2021**; and
3. The dispositive motion deadline is **December 23, 2021**.

All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: __**May 19, 2021**__          _ **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE