UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>VALLEY STATE PRISON, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00005-DAD-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO STAY DISCOVERY AND MODIFY DISCOVERY AND SCHEDULING ORDER** (Doc. 56) **AND VACATING DEADLINES** |

On August 20, 2021, Defendant Paul Beaton has filed a motion for summary judgment, which is fully briefed and under advisement. (*See* Doc. 53.)  Defendant has filed a motion to stay discovery modify the scheduling order. (Doc. 65.)

Under the current discovery and scheduling order, which has previously been modified at Defendant's request, the exhaustion motion deadline was August 23, 2021; the discovery cut-off date is October 21, 2021; and the dispositive motion deadline is December 23, 2021. (Doc. 52.) Defendants seek an order staying discovery and vacating the existing deadlines pending resolution of Defendant's motion for summary judgment. (Doc. 63.) Defendants argue that, if granted, the motion for summary judgment would be dispositive, vacating deadlines would reduce Defendants' legal expenses and conserve judicial resources.

///

///

For good cause shown, Defendant's motion, (Doc. 56), is **GRANTED**. Discovery is **STAYED** pending resolution of the motion for summary judgment, and the discovery cut-off and dispositive motion deadlines are **VACATED**. (Doc. 52.)

IT IS SO ORDERED.

    Dated: **September 27, 2021**           **/s/ Jennifer L. Thurston**
                                                                   CHIEF UNITED STATES MAGISTRATE JUDGE